**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

LARRY HAILEY                              Case No. 13-12068
                                          Hon. Stephen J. Murphy, III
    Plaintiff,                            Magistrate Judge Mark A. Randon

v.

BANK OF AMERICA, N.A.,
FEDERAL HOUSING FINANCE AGENCY ("FHFA")
and FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE")

    Defendants.
_____

### STIPULATED ORDER REMANDING THE REMAINDER OF THIS ACTION BACK TO STATE COURT

    The above-referenced matter was originally filed by Larry Hailey and removed by Defendant to the Federal Court for reasons previously filed. The Defendant filed a counter-complaint seeking judicial foreclosure, rendering the original complaint moot. Plaintiff filed answers to the Counter-Complaint and dismissed the original complaint. The only remaining action is the Counter-Complaint for judicial foreclosure, which is governed by contract and State law. The Parties being in agreement, and the Court being otherwise informed,

    **IT IS HEREBY ORDERED** that the above-captioned matter be remanded to the Wayne County Circuit Court, Case No. 13-005280-CH, Judge Amy Hathaway, for resolution of the issues contained in the Counter-Complaint only.

    **IT IS FURTHER ORDERED** that the above-captioned matter will be closed in the United States District Court, Eastern District of Michigan, Southern Division.

    **SO ORDERED**

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY.
SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

                                      S/Stephen J. Murphy, III
                                      Stephen J. Murphy, III
                                      United States District Judge

Dated: October 6, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2013, by electronic and/or ordinary mail.

                                      S/Carol Cohron
                                      Case Manager

Stipulate as to entry:

| **JEROME D. GOLDBERG, PLLC** | **DYKEMA GOSSETT PLLC** |
|---|---|
| By: /s/Jerome D. Goldberg<br>Jerome D. Goldberg (P61678)<br>Attorneys for Plaintiff<br>2921 East Jefferson, Suite 205<br>Detroit, Michigan 48207<br>Email: apclawyer@sbcglobal.net | By: /s/Laura C. Baucus<br>Laura C. Baucus (P56932)<br>Attorneys for Defendants<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>Email: lbaucus@dykema.com |
| Dated: _____ | Dated: _____ |

**TROTT & TROTT, P.C.**

By: /s/Matthew D. Levine
   Matthew D. Levine (P62160)
   Attorney for Defendant Bank of America, N.A.
   31440 Northwestern Hwy., Ste. 200
   Farmington Hills, MI 48334
   Email: mlevine@trottlaw.com

Dated:_____

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY.
SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 205-4118